UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM J. ADAMS, ET AL. | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00185 |
| | § | |
| ALCOLAC, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On June 24, 2019, Defendant Alcolac, Inc. and Rhodia Inc.'s Motion for Summary

Judgment and Memorandum in Support (Dkt. 17) was referred to United States Magistrate

Judge Andrew M. Edison for report and recommendation. *See* Dkt. 35. On September 6,

2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 46) recommending

that Defendants' Motion to Dismiss be **GRANTED** and this suit be **DISMISSED**.

On September 20, 2019, Plaintiffs filed their Objections. *See* Dkt. 47. In

accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo

determination of those portions of the [magistrate judge's] report or specified proposed

findings or recommendations to which objection [has been] made." After conducting this

de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings

or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 46) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss (Dkt. 17) is **GRANTED** and this suit is **DISMISSED**

It is so **ORDERED**.

SIGNED and ENTERED this 27th day of September, 2019.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2